UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUCKY VINTAGE BRANDS, LLC,

        Plaintiff,

  v.

OHIO SECURITY INSURANCE COMPANY,

        Defendant.

C22-0417 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion for revision of case scheduling order, docket no. 27, is GRANTED as follows:

| | |
|---|---|
| **BENCH TRIAL** set for **9:00 AM on** | **January 22, 2024** |
| Dispositive Motions must be filed by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 2, 2023 |
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | November 9, 2023 |
| Trial Briefs and Agreed Pretrial Order due by | January 5, 2024 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony due by | January 8, 2024 |
| Pretrial Conference set for **10:00 AM on** | January 12, 2024 |

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of April, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2