UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCKY VINTAGE BRANDS, LLC; and PETER GISSING, <br><br> Plaintiffs, <br><br> v. <br><br> OHIO SECURITY INSURANCE COMPANY, <br><br> Defendant. | C22-0417 TSZ <br><br> ORDER |

On May 25, 2023, the Court entered an order denying a motion for partial summary judgment brought by plaintiffs Lucky Vintage Brands, LLC and Peter Gissing (collectively "Plaintiffs"), docket no. 15, and granting a motion for partial summary judgment brought by defendant Ohio Security Insurance Company, docket no. 19. *See* Order at 12 (docket no. 30). The Court dismissed Plaintiffs' claim for breach of contract and directed the parties to file a Joint Status Report addressing whether and to what extent Plaintiffs' remaining claims were affected by the prior order. *See id.* The parties now stipulate that the Court should dismiss Plaintiffs' remaining claims for bad faith, violation of the Washington Consumer Protection Act, and violation of the Washington Insurance Fair Conduct Act because these claims are legally dependent on the breach of contract claim. *See* Joint Status Report (docket no. 31).

ORDER - 1

1        NOW, THEREFORE, IT IS ORDERED that Plaintiffs' remaining claims are
2 DISMISSED with prejudice.
3        The Clerk is DIRECTED to enter judgment consistent with this Order and the
4 order entered May 25, 2023, docket no. 30, to CLOSE this case, and to send a copy of
5 this Order and the Judgment to all counsel of record.
6        Dated this 20th day of June, 2023.

                                                   /s/ Thomas S. Zilly
                                                 Thomas S. Zilly
                                                 United States District Judge